UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

FRANK E. STORK,

    Plaintiff,

    v.

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.

Case No. 3:20-CV-725 JD

## OPINION AND ORDER

On April 15, 2026, the Court denied what amounted to a third motion by Plaintiff Frank Stork to remand his case to the Commissioner of Social Security. (DE 50.) Perhaps unaware that the motion had been denied, on May 29, 2026, Mr. Stork submitted what he calls "Supplemental Filing in Support of Pending Motion to Remand." (DE 53.)

In denying Mr. Stork's motion to remand, the Court explained that the motion was raised too late and that, in any case, Mr. Stork had not presented any valid basis for relief from judgment. The Court also explained that Mr. Stork's reliance on evidence post-dating the ALJ's decision is unavailing since such evidence was unavailable to the ALJ.

So it is with Mr. Stork's latest filing. For the reasons already stated in the Court's April 15, 2026, Order (DE 50), Mr. Stork's newest submissions cannot change the outcome of this case. To the extent that Mr. Stork's latest filing is another attempt to remand this case, that request (DE 53) is DENIED.

To update Mr. Stork with the list of the latest filings in this case, the Court DIRECTS the Clerk to mail him a docket sheet along with this order.

2

SO ORDERED.

ENTERED: June 10, 2026

_____/s/ JON E. DEGUILIO_____
Judge
United States District Court